IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JOHN AULT,<br><br>        Petitioner,<br><br>  vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>        Respondent.<br>                                          / | No. C 10-4337 WHA (PR)<br><br>**ORDER DISMISSING WITHOUT PREJUDICE FOR FAILURE TO EXHAUST; GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>(Docket No. 2) |

       Petitioner, a California state inmate, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. 2254. An application for a federal writ of habeas corpus filed by a prisoner who is in state custody pursuant to a judgment of a state court may not be granted unless the prisoner has first exhausted state judicial remedies, either by way of a direct appeal or in collateral proceedings, by presenting the highest state court available with a fair opportunity to rule on the merits of each and every issue he or she seeks to raise in federal court. *See* 28 U.S.C. § 2254(b),(c); *Granberry v. Greer*, 481 U.S. 129, 133-34 (1987). Petitioner has the burden of pleading exhaustion in his habeas petition. *See Cartwright v. Cupp*, 650 F.2d 1103, 1104 (9th Cir. 1981).

       In his petition, petitioner has indicated that he has not presented to the California Supreme Court on direct appeal or in a habeas petition. Petitioner has also presented no exceptional circumstances to excuse his doing so. *See Granberry*, 481 U.S. at 134. The petition is therefore **DISMISSED** without prejudice to refiling after available state judicial

1  remedies are exhausted.

2  Petitioner's application for leave to proceed in forma pauperis (docket number 2) is

3  **GRANTED**.

4  The clerk shall close the file.

5  **IT IS SO ORDERED.**

6  Dated: October __28__, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

18  G:\PRO-SE\WHA\HC.10\AULT4337.DSM.wpd